■ SOUTHLAND CORPORATION, Appellant, v JOSEPH JANOSKI et al., Respondents. [630 NYS2d 950] —Appeal by the plaintiff from a judgment of the Supreme Court, Suffolk County (Hall, J.), entered July 20, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Hall at the Supreme Court. Rosenblatt, J. P., Altman, Hart and Friedmann, JJ., concur.